IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHERYL A. ELLISON AS GUARDIAN OF
CHRISTOPHER ELLISON,

        Plaintiff,

v.

MARK ABEL D.M.D. ET AL

        Defendants.

CIVIL ACTION NO. 09-cv-0331

## ORDER

AND NOW, this 2nd day of Feb., 2009, upon consideration of the United States' Motion for Extension of Time and Substitution of Party, it is hereby

## ORDERED

That United States' Motion is granted. Defendants Abel, Daly, Feldman and Foote shall be removed as parties and the United States of America shall be substituted as a defendant in their place. The United States shall have until or before March 23, 2009, in which to file a response to the complaint.

BY THE COURT:

_____
HONORABLE WILLIAM H. YOHN, JR.
Senior Judge, United States District Court

ENTERED
FEB 03 2009
CLERK OF COURT