IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL A. ELLISON, AS GUARDIAN OF CHRISTOPHER ELLISON AND IN HER OWN RIGHT, | : : : : | Civil Action No. 09-cv-0331 |
| Plaintiffs, | : | (Hon. William H. Yohn, Jr.) |
| v. | : : | |
| HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, UNIVERSITY 0F PENNSYLVANIA HEALTH SYSTEM, TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF PENNSYLVANIA SCHOOL OF DENTAL MEDICINE, and the UNITED STATES OF AMERICA, | : : : : : : : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS, NAMELY, THE HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA, THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, AND THE UNIVERSITY OF PENNSYLVANIA SCHOOL OF DENTAL MEDICINE**

To the Clerk:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), please enter the voluntary dismissal without prejudice of the following defendants only: (a) the Hospital of the University of Pennsylvania, (b) the University of Pennsylvania Health System, (c) the Trustees of the University of Pennsylvania, and (d) the University of Pennsylvania School of Dental Medicine. Plaintiff does not dismiss her claims against any other defendant. This notice does not constitute nor shall it be deemed to be a release of any kind.

Respectfully submitted,

/s/ Charles L. Becker
Shanin Specter, Esq.
Charles L. Becker, Esq.
**Kline & Specter,**
**A Professional Corporation**

                                              1525 Locust St., 19th Floor
                                              Philadelphia, PA 19102
                                              (215) 772-1000

Date:   March 2, 2009              *Attorneys for the Plaintiff*

**CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that on March 2, 2009, he caused a copy of the foregoing to be served via U.S. Mail on the following counsel:

Thomas F. Johnson, Esq.
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

James. A. Young, Esq.
Christina G. Tershakovec, Esq.
William F. McDevitt, Esq.
Christie, Pabarue, Mortensen and Young, P.C.
1880 John F. Kennedy Blvd., 10th Floor
Philadelphia, PA 19103

                                              /s/ Charles L. Becker