IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL A. ELLISON | : CIVIL ACTION |
| AS GUARDIAN OF THE ESTATE AND | : |
| THE PERSON OF CHRISTOPHER D. | : |
| ELLISON, AN INCAPACITATED | : |
| PERSON | : |
| | : |
| vs. | : |
| | : |
| UNITED STATES | : NO. 09cv331 |

**ORDER**

**AND NOW**, this _____ day of November, 2010, upon consideration of defendant's motion to exclude from trial the proposed expert testimony of Dr. Stuart Super, D.M.D., and /or, in the alternative, for summary judgment (docket no. 47), plaintiff's opposition thereto, defendant's reply, and plaintiff's sur-reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**;

**AND**, upon consideration of defendant's motion to exclude the expert testimony of Scott Kasner , M.D., and for summary judgment (docket no. 55), plaintiff's opposition thereto, and defendant's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

                                                s/William H. Yohn Jr.
                                                William H. Yohn Jr., Judge