# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cheryl Ellison, As Guardian of Christopher Ellison and In her Own Right,<br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br>    Defendant. | : : : : : : : : : | CIVIL ACTION<br><br>NO. 09-0331 |

### Order

And now, this ___ day of September, 2011, after a bench trial and consideration of the parties' submissions of proposed findings of fact and conclusions of law and oral argument, the court finds and it is **hereby ordered that:**

(1) The United States was negligent in the dental care provided to Christopher Ellison.

(2) The United States' negligence was a substantial factor in causing Christopher Ellison's stroke on September 11, 2007.

(3) A verdict and judgment is hereby entered for plaintiff Christopher Ellison, by his guardian Cheryl Ellison, and against the United States in the following amounts:

   (a) past medical and other related expenses: $7,801;

   (b) future medical and other related expenses, excluding the cost of medications, which are paid by TRICARE, listed by year to be paid until Mr. Ellison reaches 79.2 years of age, or until his death, whichever occurs first:

| Year | Net Annual Future Value |
|---|---|
| 1 | 302,531 |
| 2 | 76,608 |
| 3 | 79,075 |
| 4 | 81,623 |
| 5 | 84,258 |
| 6 | 86,974 |
| 7 | 89,794 |
| 8 | 92,703 |
| 9 | 95,709 |
| 10 | 98,818 |
| 11 | 102,031 |
| 12 | 105,352 |
| 13 | 108,787 |
| 14 | 112,338 |
| 15 | 116,011 |
| 16 | 119,809 |
| 17 | 123,736 |
| 18 | 127,888 |
| 19 | 131,999 |
| 20 | 136,345 |
| 21 | 140,840 |
| 22 | 145,490 |
| 23 | 150,301 |
| 24 | 155,279 |
| 25 | 160,430 |
| 26 | 165,760 |
| 27 | 171,275 |

|  |  |
|---|---|
| 28 | 35,064 |

(c) past loss of earnings, fringe benefits, and major household services: $143,980;

(d) future loss of earnings and earning capacity, fringe benefits, and major household services: $996,196;

(e) past noneconomic loss: $2,500,000; and

(f) future noneconomic loss: $7,500,000.

(4) A verdict and judgment is hereby entered for plaintiff Cheryl Ellison against the United States for her past and future loss of consortium in the amount of $3,000,000.

(5) All money payable to Mr. Ellison will be paid to the guardian of his estate as appointed, upon petition, by the Orphan Court Division of the Montgomery County Court of Common Pleas.

(6) Payment of the proportionate share of plaintiffs' attorney fees will be resolved by parties in accordance with 40 P.S. §1303.509(b)(1) after entry of the verdict or, if not, by the court. If parties do not resolve the issue within thirty days after entry of the verdict, plaintiffs' counsel must submit their proposal to the court within ten days thereafter, and defense counsel must submit their proposals within ten days after plaintiffs' proposal.

              s/William H. Yohn Jr.
              William H. Yohn Jr., Judge